Cabot & Rollins Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Benjamin Jaffe, Respondent, v. John A. Sonntag, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce recovery to twenty-two dollars and thirty cents, without costs; in which event, the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of Charles A. Shearson, Deceased. Edward Shearson, as Executor, Appellant; Eugene M. Travis, as Comptroller of the State of New York, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

The People of the State of New York, Respondent, v. Pietro Brusco and Niva Funnera, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

George Tauza, Respondent, v. Susquehanna Coal Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ., McLaughlin and Scott, JJ., dissented.

In the Matter of the Application for a Compulsory Accounting in the Estate of Caroline A. Eldredge, Deceased. Arthur C. Eldredge, as Executor, etc., Appellant; Carlos Hernandez y Eldredge and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Anna Marie Lyon, Appellant, v. John W. Ritchie, Impleaded with Israel L. Currier, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Elizabeth Bruns, Appellant, v. Raymond Dominy, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Thomas Hughes, as Administrator, etc., Appellant, v. New York Contracting Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

William W. McLaughlin, Respondent, v. Albert I. Sire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Edward Meade and Others, Appellants, v. E. B. & A. C. Whiting Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Charles Chaplin, Appellant, v. Vitagraph-Lubin-Selig-Essanay, Inc., and Another, Respondents.— Order affirmed, with ten dollars costs and